DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Lee v. Tolson<br><br>Clark v. Tolson<br><br>Case below:<br>166 N.C. App. 256 | No. 527P04 | Plts' (Lee and Clark) PDR Under N.C.G.S. § 7A-31 (COA03-1183) | Denied<br>(12/02/04) |
| Lee v. Wake Cty.<br><br>Case below:<br>165 N.C. App. 154 | No. 418P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1164) | Denied<br>(12/02/04) |
| Livingston v. Adams Kleemeier Hagan Hannah & Fouts, P.L.L.C.<br><br>Case below:<br>163 N.C. App. 397 | No. 209P04 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-22) | Denied<br>(12/02/04)<br><br>**Edmunds, J., recused** |
| Luhmann v. Hoenig<br><br>Case below:<br>166 N.C. App. 279 | No. 664A03-2 | Defs' PDR Under N.C.G.S. § 7A-31 (COA03-23-2) | Denied<br>(12/02/04) |
| McCollum v. Atlas Van Lines<br><br>Case below:<br>166 N.C. App. 280 | No. 521P04 | Defs' PDR Under N.C.G.S. § 7A-31 (COA03-897) | Denied<br>(12/02/04) |
| McCorquodale v. Franklin Baking Co.<br><br>Case below:<br>166 N.C. App. 280 | No. 533P04 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1321) | Denied<br>(12/02/04) |
| Monteith v. Kovas<br><br>Case below:<br>162 N.C. App. 545 | No. 102PA04 | Joint Motion to Withdraw PDR Under N.C.G.S. § 7A-31 (COA02-1493) | Allowed<br>(12/02/04)<br><br>**Martin, J., recused** |